**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Darryl  Dwayne  Farley v. Doretha  Lenett  Edwards

Appellate case number:   01-20-00018-CV

Trial court case number: 2002-46326

Trial court:             245th District Court of Harris County

On July 19, 2021, appellant Darryl Dwayne Farley filed a letter that we construe as a motion for extension of time to file his appellate brief in the pending appeal.  We **grant** the motion.  Appellant's brief is due thirty days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting individually

Date:  July 27, 2021